# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF OKLAHOMA

In Re: )
) Case No. 25-80078
Jeffery G. Dailey, ) Chapter 7
)
Debtor(s) )

## APPLICATION TO EMPLOY PROFESSIONAL PERSON

COMES NOW Luke Homen, Trustee herein, and for his Application to Employ David R. Payne of D R Payne & Associates, 119 N Robinson Ave #400, Oklahoma City, OK 73102, as special counsel for the Trustee respectfully shows to the Court as follows:

1. The Trustee seeks to employee forensic expert David R. Payne to review, analyze and testify about all relevant facts and circumstances pertaining to the Debtor and related entities. Also, the proposed expert has experience with marshalling assets and making assets ready for sale and shall assist the Trustee if requested in this area.

2. David R. Payne of D R Payne & Associates is well qualified and competent to provide the services specified in this Application.

3. To the best of Applicant's knowledge, David R. Payne of D R Payne & Associates does not have any connection with the Debtor, any creditors, or any other parties in interest, their respective attorneys, accounts, the United States Trustee, or any person employed by the United States Trustee in regard to this bankruptcy case. (*See* attached Affidavit of David R. Payne of D R Payne & Associates).

4. The fee schedule is attached to this Application.

WHEREFORE, premises considered, the Trustee prays that the Court enter an Order authorizing the appointment of David R. Payne of D R Payne & Associates. as forensic expert for the Trustee pursuant to 11 U.S.C. §327(d) on the basis set forth in this Application.

/s/ Luke Homen
Luke Homen, OBA #32243
Luke Homen Law
10313 Greenbriar Parkway
Oklahoma City, OK
Phone: (405) 639-2099
Fax: (405) 252-1654
trustee@lukehomenlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

JEFFREY G. DAILEY

CASE NO. 25-80078
Chapter 7

Debtor.

## AFFIDAVIT OF PROFESSIONAL PERSON

STATE OF OKLAHOMA )
) ss.
COUNTY OF OKLAHOMA )

I, David R. Payne of D. R. Payne & Associates, Inc., state that I am qualified to act as a financial advisor, valuation, forensic accountant and expert for and on behalf of the bankruptcy estate; that neither I nor my firm are a creditor of the above reference bankruptcy estate; that neither I nor my firm hold or represent an interest that is adverse to the interests of the above referenced bankruptcy estate in any manner whatsoever; that neither I nor my firm have any connection with the U.S. Trustee's office, except for Ann M. Payne, a principal of DRPA, who was previously employed at the Office of the United States Trustee Region 20 (employment ceased in 1992); that both I and my firm are disinterested persons, qualified and competent to act as an expert for and on behalf of the estate.

D. R. Payne & Associates, Inc.

By: _____
David R. Payne
119 North Robinson Avenue, Suite 400
Oklahoma City, OK 73102

Subscribed and sworn to before me this 25th day of April 2025.



_____
Notary Public

# Standard Rate Schedule

| Professional Staff | Rate |
|---|---|
| David R. Payne – Firm Managing Director – Certfied Public Accountant, Certified Insolvency & Restructuring Advisor, Certified Turnaround Professional, Accredited Senior Appraiser, Certified in Distressed Business Valuation, Accredited in Business Valuation | $425-495 |
| Ann M. Payne – Practice Director – Certified Public Accountant, Certified Insolvency & Restructuring Advisor, Certified in Distressed Business Valuation, Fellow of the American Board of Forensic Accountants | $425-495 |
| Sandra J. Bassett – Manager - Certified Public Accountant | $305-415 |
| Chandler B. Lidia – Consultant – Certified Public Accountant | $225-295 |
| Clay G. Heston – Consultant – 7 years accounting experience including outsourced CFO services | $225-295 |
| Rozetta A. Bishop – Staff – 18 years of analytical work and spreadsheet analysis in bankruptcy, receiverships and insolvency proceedings | $195-215 |
| Lee C. Harwell – Staff – 13 years as a legal assistant, 15 years as executive assistant for an international manufacturing corporation | $195-215 |

Exhibit B