UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

In Re:

Jeffery G. Dailey,   Case No. 25-80078
Chapter 7

## APPLICATION TO PAY ADMINISTRATIVE EXPENSE

Luke Homen, Trustee applies to this Court for an Order Approving and Authorizing Payment of Administrative Expenses to Cornerstone (Court Reporting Company), 8700 Monrovia, Ste 310, Lenexa, KS 66215-3500, pursuant to 11 U.S.C. § 503. In support, the Trustee shows the Court as follows:

1. Luke Homen is the appointed Trustee in the above case.

2. Counsel has requested an original transcript of deposition for Mitchell A. Rice. The transcript is necessary for litigation. The fee to transcribe the deposition is $1,656.80.

3. Therefore, Trustee requests that he be authorized to pay the invoice of Cornerstone in the amount of $1,656.80. The bankruptcy estate has $7,289.39 of unencumbered funds to pay this administrative expense.

5. To the best of my knowledge and belief, Cornerstone, is a disinterested party and has no connections to the debtor(s), creditors, the United States Trustee or any person employed in the Office of the United States Trustee, or any other party in interest, their attorneys and accountants.

WHEREFORE, Luke Homen, Trustee applies this Court for an Order Approving and Authorizing Payment of Administrative Expenses in the total amount of $1,656.80 to Cornerstone for transcription services.

/s/ Luke Homen
Luke Homen, OBA #32243
Luke Homen Law
10313 Greenbriar Parkway
Oklahoma City, OK
Phone: (405) 639-2099
Fax:   (405) 252-1654
trustee@lukehomenlaw.com



**Cornerstone**
Court Reporting Company LLC

Quality transcripts. On time.

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
(913) 825-2510 • Fax 825-2530
www.cornerstonekc.net
office@cornerstonekc.net

Alex Sullivan
LUKE HOMEN LAW, PLLC
10313 Greenbriar Parkway
Oklahoma City, OK 73159

## Invoice #42864

| Date | Terms |
|---|---|
| 12/17/2025 | Due on receipt |

### Job #26010 on 12/04/2025

**Case:** Jeffery G. Dailey
**Case Number#:** 25-80078-PRT

| Description | Amount |
|---|---|
| **Original Transcript of Mitchell A. Rice**<br>Deposition | $ 1,656.80 |
| | $ 1,656.80 |

| | |
|---|---|
| Amount Due: | $ 1,656.80 |
| Paid: | $ 0.00 |
| **Balance Due:** | $ 1,656.80 |
| **Payment Due:** | Upon Receipt |

Payment by Credit/Debit or Bank ACH/Echeck accepted. Virtual card payments are not accepted.

A service charge up to 3% will be added for credit card payments.

Electronic payment may be made via this link: https://secure.lawpay.com/pages/crexchange/payments

Download a current copy of our W9 at
https://www.dropbox.com/scl/fi/h95pf9kno5dcd9qe8dp7q/CCRC-W9-2025-signed.pdf?rlkey=14pw9b59b1i8dgqecs37l5hv4&dl=0

All accounts become past due 45 days after the invoice date and may be subject to interest of 10% per annum on any balance unpaid 45 days past the initial billing date. Accumulated interest, reasonable collection fees, and attorney fees required to enforce said obligation may be sought if it is necessary to pursue legal action to collect past-due invoices.