# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

| Case No: | 25-80078 | PRT | Judge: | Paul R. Thomas | Trustee Name: | Luke A. Homen |
| Case Name: | Jeffery G. Dailey | | | | Date Filed (f) or Converted (c): | 02/14/2025 (f) |
| | | | | | 341(a) Meeting Date: | 03/17/2025 |
| For Period Ending: | 12/31/2025 | | | | Claims Bar Date: | 08/28/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  2023 ford F150 | 85,000.00 | 0.00 | | 0.00 | FA |
| 2.  Furniture, appliances and other household items. | 3,000.00 | 0.00 | | 0.00 | FA |
| 3.  Cell Phone | 100.00 | 0.00 | | 0.00 | FA |
| 4.  Clothing and shoes | 500.00 | 0.00 | | 0.00 | FA |
| 5.  Boreworxx, LLC 100% interest | 0.00 | 0.00 | | 0.00 | FA |
| 6.  Ragged Edge Ranch, LLC 100% interest | 0.00 | 0.00 | | 0.00 | FA |
| 7.  RYKYN Investments, LLC 100% interest | 0.00 | 0.00 | | 0.00 | FA |
| 8.  Tycoon Marine, LLC 100% interest | 0.00 | 0.00 | | 0.00 | FA |
| 9.  Tycoon Motorsports, LLC 100% | 0.00 | 0.00 | | 0.00 | FA |
| 10. Yacht - 2021 Cruisers 338 (u)<br><br>Last location Texoma Lake- Value estimated $300k with $200k lien<br>Amended A/B to add | 260,000.00 | 0.00 | | 0.00 | FA |
| 11. Assets of Boreworxx, LLC (u)<br><br>Assets to be listed individually in Form 1 as discovered by Trustee | 0.00 | 0.00 | | 0.00 | FA |
| 12. Assets of Ragged Edge Ranch, LLC (u)<br><br>Assets to be listed individually in Form 1 as discovered by Trustee | 0.00 | 0.00 | | 0.00 | FA |
| 13. Assets of RYKYN Investments, LLC (u)<br><br>Assets to be listed individually in Form 1 as discovered by Trustee | 0.00 | 0.00 | | 0.00 | FA |
| 14. Assets of Tycoon Motorsports, LLC (u)<br><br>Assets to be listed individually in Form 1 as discovered by Trustee | 0.00 | 0.00 | | 0.00 | FA |

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

| Case No: | 25-80078 | PRT | Judge: | Paul R. Thomas | Trustee Name: | Luke A. Homen |
|---|---|---|---|---|---|---|
| Case Name: | Jeffery G. Dailey | | | | Date Filed (f) or Converted (c): | 02/14/2025 (f) |
| | | | | | 341(a) Meeting Date: | 03/17/2025 |
| For Period Ending: | 12/31/2025 | | | | Claims Bar Date: | 08/28/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. Assets of Boreworxx Construction LLC (u)  Assets to be listed individually in Form 1 as discovered by Trustee | 0.00 | 0.00 | | 0.00 | FA |
| 16. 26 Road 1419, La Plata, NM 87418 (u)  Property (ranch) purchased by HSH Silver Skies Ranch LLC | 0.00 | 1,000,000.00 | | 0.00 | 150,000.00 |
| 17. Boreworxx Construction accounts receivable from Circet, USA (u) | 0.00 | 500,000.00 | | 0.00 | 500,000.00 |
| 18. Accounts receivable owed to Boreworxx Const from Bonfire Fiber (u) | 6,059.00 | 6,059.00 | | 6,059.00 | FA |
| 19. 750 acres, 4 buildings on the property (owned by Ragged Edge Ranch, LLC) (u)  Amended A/B to add | 3,500,000.00 | 35,000,000.00 | | 0.00 | 4,400,101.00 |
| 20. Sanctions award (u)  Sanctions awarded to Trustee in litigation. | 1,250.00 | 1,250.00 | | 1,250.00 | FA |
| 21. 20 acres w/barn dominium (Owned by Ragged Edge) (u)  Amended A/B to add Part of 1.1 description | 0.00 | 0.00 | | 0.00 | FA |
| 22. 20 acres w/no buildings (Owned by Ragged Edge) (u)  Amended A/B to add | 0.00 | 0.00 | | 0.00 | FA |
| 23. 80 acres, One house, an out building, and two shops (Owned by Ragged Edge) (u)  9770 Enis Road Kingston, OK 73439 | 0.00 | 2,000,000.00 | | 0.00 | 2,000,000.00 |
| 24. 185 Acres with three barns (Owned by RYKYN) (u)  11515 Hwy 32 Kingston, OK 73439 Amended A/B to add | 0.00 | 1,500,000.00 | | 0.00 | 1,500,000.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 25-80078 | PRT | Judge: | Paul R. Thomas | Trustee Name: | Luke A. Homen |
| Case Name: | Jeffery G. Dailey | | | | Date Filed (f) or Converted (c): | 02/14/2025 (f) |
| | | | | | 341(a) Meeting Date: | 03/17/2025 |
| For Period Ending: | 12/31/2025 | | | | Claims Bar Date: | 08/28/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. 12 Acres and one property (Owned by Ragged Edge) (u)<br><br>11795 Hwy 32 Kingston, OK 73439<br>Amended A/B to add<br>Part of 1.1 description | 0.00 | 0.00 | | 0.00 | FA |
| 26. 2017 Lexus RX Utility (u) | 0.00 | 0.00 | | 0.00 | FA |
| 27. 2022 Ford F-250 Super Duty Crew Cab XLT (u)<br><br>Amended A/B to add "unknown" value | Unknown | 0.00 | | 0.00 | FA |
| 28. 2022 Chevrolet Comm 3500 Silverado (u)<br><br>Amended A/B to add "unknown" value | Unknown | 0.00 | | 0.00 | FA |
| 29. 2021 Ford F-250 Super Duty Crew Cab XLT (u)<br><br>Amended A/B to add "unknown" value | Unknown | 0.00 | | 0.00 | FA |
| 30. 2022 Ford F-250 Super Duty Crew Cab XLT (u)<br><br>Amended A/B to add - "unknown" value | Unknown | 0.00 | | 0.00 | FA |
| 31. 2021 Ram 2500 Crew Cab Big Horn/Lone Star (u)<br><br>Amended A/B to add - "unknown" value | Unknown | 0.00 | | 0.00 | FA |
| 32. 2021 Ford F-350 Super Duty Crew Cab XLT (u)<br><br>Amended A/B to add - "unknown" value | Unknown | 0.00 | | 0.00 | FA |
| 33. 2022 Ford Super-Duty F-600 (u)<br><br>Amended A/B to add - "unknown" value | Unknown | 0.00 | | 0.00 | FA |
| 34. 2023 ford Commercial F-550 Super Duty (u)<br><br>Amended A/B to add - "unknown" value | Unknown | 0.00 | | 0.00 | FA |
| 35. 2023 f-350 Super Duty Crew Cab XLT (u)<br><br>Amended A/B to add - "unknown" value | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 25-80078 | PRT | Judge: | Paul R. Thomas | Trustee Name: | Luke A. Homen |
|---|---|---|---|---|---|---|
| Case Name: | Jeffery G. Dailey | | | | Date Filed (f) or Converted (c): | 02/14/2025 (f) |
| | | | | | 341(a) Meeting Date: | 03/17/2025 |
| For Period Ending: | 12/31/2025 | | | | Claims Bar Date: | 08/28/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 36. 2023 ford F-250 Super Duty Crew Cab Lariat (u)  Amended A/B to add - "unknown" value | Unknown | 0.00 | | 0.00 | FA |
| 37. 2023 ford F-250 Super Duty Crew Cab Lariat (u)  Amended A/B to add - "unknown" value | Unknown | 0.00 | | 0.00 | FA |
| 38. 2023 ford Commercial F-550 Super Duty F550 (u)  Amended A/B to add - "unknown" value | Unknown | 0.00 | | 0.00 | FA |
| 39. 2023 ford Commercial F-550 Super Duty F550 (u)  Amended A/B to add - "unknown" value | Unknown | 0.00 | | 0.00 | FA |
| 40. 2023 Ford F150 Raptor (u) | 85,000.00 | 0.00 | | 0.00 | FA |
| 41. Claim against Derrick Neal (See SOFA line 18) (u)  Amended A/B to add - "unknown" value | Unknown | 0.00 | | 0.00 | FA |
| 42. Colorado real property (u) | 0.00 | 50,000.00 | | 0.00 | 50,000.00 |
| 43. Construction equipment (u) | 0.00 | 80,000.00 | | 0.00 | 80,000.00 |
| 44. 17 S Muncrief Rd, Kingston (owned by RYKN) (u)  31-06S-06E | 0.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 45. 101 S Muncrief Rd Kingston, OK (owned by RYKN) (u)  31-06S-06E | 0.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 46. 524 Hwy 70 A Kingston, OK (owned by RYKN) (u)  31-06S-06E | 0.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 47. Preferential transfer (u) | 0.00 | 289,889.00 | | 0.00 | 289,889.00 |
| 48. Preferential transfer Arnold Dailey (u) | 0.00 | 33,500.00 | | 0.00 | 33,500.00 |
| 49. Preferential transfer Silver Skies (u) | 0.00 | 350,000.00 | | 0.00 | 350,000.00 |
| 50. Preferential transfer Boreworx to Tycoon (u) | 0.00 | 40,600.00 | | 0.00 | 40,600.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 25-80078 | PRT | Judge: | Paul R. Thomas | Trustee Name: | Luke A. Homen |
|---|---|---|---|---|---|---|
| Case Name: | Jeffery G. Dailey | | | | Date Filed (f) or Converted (c): | 02/14/2025 (f) |
| | | | | | 341(a) Meeting Date: | 03/17/2025 |
| For Period Ending: | 12/31/2025 | | | | Claims Bar Date: | 08/28/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 51. Retainer fee Rubenstein & Pitts (u) | 0.00 | 120,000.00 | | 0.00 | 120,000.00 |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $3,940,909.00 | $41,001,298.00 | | $7,309.00 | $9,544,090.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/21/26 Cut check $750.00 per order 673 & $209.10 per order 674 for hearing transcripts.
1/19/26 App to pay $750 deposit for transcript August evidentiary hearing. App to pay invoice $209.10 to Shelly for status hearing on 1-5-26.
1/7/26 Cut check $1,656.80 to Cornerstone per order 658.
12/31/25 Trustee waiting on ongoing litigation and adversaries, sell real property, identifying other real property and equipment not listed on schedules, investigating multiple transfers of funds.
12/31/25 Vehicles added on amendment filed 8/1/25 are secured. No value to the estate.
12/30/25 Cut check $765.00 to Jessyca Guerra per order 653.
12/19/25 App pay fee for hearing transcript of Mitchell A. Rice $1656.80.
12/19/25 Received $1250.00 from debtor for sanctions awarded to Trustee.
12/5/25 App hire McGarry with Crowe Dunlevy as special counsel.
12/5/25 App pay fee for hearing transcript $765.00.
11/6/25 Order to sell NM real prop located in Marshall County.
11/5/25 Change of address filed- updated Debtor's address.
10/24/25 Met with litigation counsel to discuss strategy.
10/22/25 App to employ Adam Shaarawy for forensic accounting.
10/21/25 Initial meeting with forensic accountant Adam to discuss strategy.
10/17/25 Motion to withdraw as counsel filed by DA, no new attorney proposed, set for hearing.
9/25/25 Status conference set for 11/12/25 for contempt of Debtor.
9/11/25 Filed applications to determine A/C privilege of entities belongs to Trustee.
8/14/25 Hearing held on Motion for Contempt, no ruling yet by Judge.
8/13/25 DA filed motion to convert to 11, will need to reply.
7/31/25 App to employ Adam Nach & Stuart Rodgers as special counsel for New Mexico assets.
7/22/25 Circet USA owes Boreworxx Construction accounts receivable. Amount still be investigating.
6/19/25 Filed motion for contempt for non-cooperation.
6/11/25 File Lis Pendens ranch in NM in name of HSH Silver Skies Ranch LLC. Purchased with funds in part from Boreworxx construction- assets of Boreworxx Construction are estate prop.
5/23/25 Asset case- filed form & request for notice to file claims. Trustee investigating multiple assets not listed in Debtor's schedules.
5/22/25 Subpoena Duces Tecum Issued on United Electric, Inc.
5/21/25  Communication Federal Credit Union Filed, First Texoma National Bank, Payne County Bank,.
5/19/25 Subpoena Duces Tecum Issued on Vermeer Mountain West, Inc, Four Corners Community Bank, BANK360, Anahuac National Bank, DBA Hardin Bank, First National Bank of Ardmore, DBA 1NB, Texas Heritage National Bank.
5/16/25 Motion to Consolidate Lead Case 25-80075 with Boreworxx, LLC
5/15/25 Motion to Consolidate Lead Case 25-80078 with RYKYN Investments, LLC
5/15/25 Motion to Consolidate Lead Case 25-80078 with Ragged Edge Ranch, LLC
5/15/25 Motion to Consolidate Lead Case 25-80078 with Tycoon Motorsports, LLC
5/15/25 Motion to Consolidate Lead Case 25-80078 with Boreworxx Construction LLC
5/14/25 Subpoena Duces Tecum Issued on Anahuac National Bank, dba Hardin Bank
5/13/25 Subpoena Duces Tecum Issued on Four Corners Community Bank , Subpoena Duces Tecum Issued on BANK360
5/8/25 UST filed MTE to object to discharge.
5/8/25 Motion for 2004 Examination of Mark McLemore
5/8/25 Subpoena Duces Tecum Issued on FrankCrum, Inc
5/7/25 Subpoena Duces Tecum Issued on Gusto, Inc
5/6/25 Subpoena Duces Tecum Issued on Smith, Carney, and Co. PC
4/29/25 App hire David Payne- forensic expert accounting for individual and all businesses.
4/23/25 App hire special counsel Pat Malloy.
4/10/25 Motion for turnover for documents.
3/19/25 App hire atty.
3/17/25 Email from atty Sansone that John Deere is not listed as a creditor and the Cab Tractor, 2 Gators and Farm Loader are not listed on A/B.


Initial Projected Date of Final Report (TFR): 12/31/2027          Current Projected Date of Final Report (TFR): 12/31/2027

Trustee Signature:      /s/ Luke A. Homen         Date: 01/22/2026

Luke A. Homen
10313 Greenbriar Parkway
Oklahoma City, OK 73159
(405)639-2099
trustee@lukehomenlaw.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 25-80078 | Trustee Name: | Luke A. Homen |
| Case Name: Jeffery G. Dailey | Bank Name: | Axos Bank |
| | Account Number/CD#: | XXXXXX1729 |
| | | Checking |
| Taxpayer ID No: XX-XXX4898 | Blanket Bond (per case limit): | $2,500,000.00 |
| For Period Ending: 12/31/2025 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/12/25 | 18 | Bonfire Fiber LLC<br>4500 Cherry Creek Dr S, Ste 1200<br>Denver, CO 80246 | Accounts receivable | 1221-000 | $6,059.00 | | $6,059.00 |
| 10/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.47 | $6,052.53 |
| 11/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.68 | $6,045.85 |
| 12/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.46 | $6,039.39 |
| 12/19/25 | 20 | Jeffery G. Dailey<br>1561 Balsm St<br>Cortez, CO 81321 | Sanctions award | 1249-000 | $1,000.00 | | $7,039.39 |
| 12/19/25 | 20 | Jeffery G. Dailey<br>1561 Balsm St<br>Cortez, CO 81321 | Sanctions award | 1249-000 | $250.00 | | $7,289.39 |
| 12/30/25 | 1001 | Jessyca Guerra<br>PO Box 607<br>Muskogee, OK 74402-0607 | Administrative expense-court transcript fee | 3991-000 | | $765.00 | $6,524.39 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $7,309.00 | $784.61 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $7,309.00 | $784.61 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $7,309.00 | $784.61 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1729 - Checking | $7,309.00 | $784.61 | $6,524.39 |
|  | $7,309.00 | $784.61 | $6,524.39 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $7,309.00 |
| Total Gross Receipts: | $7,309.00 |

Trustee Signature:   /s/ Luke A. Homen   Date: 01/22/2026

Luke A. Homen
10313 Greenbriar Parkway
Oklahoma City, OK 73159
(405)639-2099
trustee@lukehomenlaw.com