IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| In re:<br><br>**JEFFREY G. DAILEY,**<br><br>    Debtor. | Case No. 25-80078<br><br>Chapter 7 |
|---|---|

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Alexander Sokolosky, of the law firm Crowe & Dunlevy ("Movant"), moves the Court for permission to withdraw as counsel of record for Creditor Oklahoma AgCredit ("Creditor"). In support of this Motion, Movant states as follows:

    1.    Movant is departing Crowe & Dunlevy.

    2.    Creditor has knowledge of Movant's intent to withdraw.

    3.    Mark A. Craige of Crowe & Dunlevy will continue to represent Creditor. As such, the withdrawal of Movant will not cause delay or prejudice to this proceeding.

    4.    For these reasons, Movant seeks the Court's permission to withdraw as counsel of record for Creditor.

    5.    A proposed order is submitted herewith.

[*Signature page to follow*]

Respectfully submitted,

_s/ Alexander Sokolosky_
Alexander Sokolosky, OBA #33614

–Of the Firm–

CROWE & DUNLEVY
A Professional Corporation
222 N. Detroit Ave., Suite 600
Tulsa, OK 74120
(918) 592–9800
(918) 592–9801 (Facsimile)
alex.sokolosky@crowedunlevy.com

*Attorneys for Oklahoma AgCredit*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026, I electronically transmitted the foregoing document to the Court Clerk using the ECF system of filing, which will transmit a Notice of Electronic Filing to all counsel of record.

*s/ Alexander Sokolosky*
Alexander Sokolosky