UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

IN RE
Jeffery G. Dailey and Tycoon Motorsports, LLC    )

                                    )    Case No. 25-80078

                                              Chapter 7

**WITNESS AND EXHIBIT LIST BY BOREWORXX CONTRUCTION LLC**

Hearing on *Trustee's First Amended Emergency Motion to Substantively Consolidate Boreworxx Construction LLC (Docket 743)*

Hearing Set May 17, 2023

| Ex. No. | Description | ID | Admitted | Reject/WD |
|---|---|---|---|---|
| 201. | Docket 139 Trustee's Motion to Substantively Consolidate Boreworxx Construction LLC | | | |
| 202. | Docket 141 Notice of Motion and Hearing | | | |
| 203. | Docket 143 Amended Certificate of Service | | | |
| 204. | Docket 182 Objection by Security State Bank | | | |
| 205. | Docket 201 Agreed Order on Motion to Substantively Consolidate Boreworxx Construction LLC | | | |
| 206. | Docket Sheet Case No. 25-80078 | | | |
| 207. | Docket 346 Motion to Vacate by Cheri Dailey | | | |
| 208. | Docket 401 Clerk's Notice of Substantive Consolidation caption requirement dated 8.7.25 | | | |
| 209. | Docket 388 CCC Joinder on Mot to Vacate | | | |
| 210. | Docket 389 Oxford Fin Services Joinder on Mot to Vacate | | | |
| 211 | Docket 447 Trustee's Objection to Mot to Vacate | | | |
| 212. | Audio of Hearing conducted 11/12/2025 as referenced in Docket 599 | | | |
| 213. | Transcript of Hearing conducted 1/5/2026 as referenced in Docket 656 | | | |
| 214. | Docket 743 Trustee's First Amd Mot to Consolidate | | | |
| 215. | Docket 775 Joinder by Commercial Capital Company | | | |
| 216 | Docket 776 Joinder by Commercial Capital Company | | | |
| 217 | Docket 770 Motion to Settle Rule 9019 Trustee, CCC and Oxford | | | |

1

| | | | | |
|---|---|---|---|---|
| 218 | Docket 775 Cheri Dailey Objection to Emergency Mot to Consolidate | | | |
| 219 | Proof of Claim 83-1 filed by Commercial Capital Company | | | |
| 220 | Proof of Claim 65-1 filed by Oxford Financial | | | |
| 221 | Docket 780 Agreed Order Resolving Motion to Settle Rule 9019 Trustee, CCC and Oxford | | | |
| 222 | Boreworxx Construction LLC Certificate and Articles of Organization New Mexico | | | |
| 223 | Boreworxx Construction LLC Operating Agreement New Mexico | | | |
| 224 | Sevyn Miles LLC LLC Certificate and Articles of Organization Wyoming | | | |
| 225 | Sevyn Miles LLC LLC Operating Agreement Wyoming | | | |
| 226 | Boreworxx LLC Operating Agreement Oklahoma | | | |
| 227 | Boreworxx Construction LLC Customer Contracts | | | |
| 228 | Boreworxx Construction LLC Operations Contracts | | | |
| 229 | Boreworxx Construction LLC Financing Statements | | | |
| 230 | Boreworxx Construction LLC Merchant Loan Agreements | | | |
| 231 | Boreworxx Construction LLC recovered equipment list | | | |
| 232 | Boreworxx Construction LLC Bank Statements 1423 | | | |
| 233 | Boreworxx Construction LLC Bank Statements 3131 | | | |
| 234 | Boreworxx Construction LLC Bank Statements 7584 | | | |
| 235 | Jeff Dailey Bk Schedules Docket 23 | | | |
| 236 | State of Washington Application for Contractor Registration | | | |
| 237 | Documents Provided in Response to Trustee Subpoenas | | | |
| | All Exhibits of Other Parties Not Objected to by Cheri Dailey | | | |

2

Witness List

| Witness No. | Name and Address (include brief description of testimony) | Direct | Cross | ReDir | ReCross | Page No. Judge |
|---|---|---|---|---|---|---|
| 1 | Cheri Dailey | | | | | |
| 2 | Jeff Dailey | | | | | |
| 3 | Luke Homen, Chapter 7 Trustee | | | | | |
| 4 | Witness(es) of Trustee not objected to by Cheri Dailey | | | | | |

Witnesses that may be called, if necessary

| Witness No. | Name and Address (include brief description of testimony) | Direct | Cross | ReDir | ReCross | Page No. Judge |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

Respectfully Submitted,

Brown Law Firm, P.C.
By:
__/s/ Ron D. Brown_____
Ron Brown, OBA # 16352
1609 E. 4th Street
Tulsa, OK 74120
(918) 585-9500
(918) 585-5266 fax
ron@ronbrownlaw.com

3

Case 25-80078   Doc 889   Filed 06/05/26   Entered 06/05/26 17:37:37   Desc Main
Document   Page 3 of 3