# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| | x | |
| In re | : | Case No. 25-80078-PRT |
| | : | |
| Jeffrey G. Dailey, Ragged Edge Ranch, LLC, | : | Chapter 7 |
| RYKYN Investments, LLC, Boreworxx, LLC, | : | |
| Boreworxx Construction, LLC, and Tycoon | : | Substantively Consolidated |
| Motorsports, LLC, | : | |
| | : | |
| Debtors. | : | |
| | x | |

## TRUSTEE′S SECOND AMENDED WITNESS AND EXHIBIT LIST FOR HEARING ON TRUSTEE′S FIRST AMENDED MOTION TO SUBSTANTIVELY CONSOLIDATE BOREWORXX CONSTRUCTION, LLC

Luke Homen, in his capacity as trustee (the "Trustee") of the estate of Jeffrey G. Dailey, which includes the substantively consolidated estates of Boreworxx, LLC, Boreworxx Construction, LLC, Tycoon Motorsports, LLC, Ragged Edge Ranch, LLC, RYKYN Investments, LLC (collectively, the "Estate"), hereby gives notice, pursuant to rules 9017-1 and 9017-2 of the Local Rules for the United States Bankruptcy Court for the Eastern District of Oklahoma (the "Local Bankruptcy Rules" and the "Bankruptcy Court," respectively), of the witnesses he intends to call and the exhibits he intends to utilize during the hearing on *Trustee′s First Amended Emergency Motion to Substantively Consolidate Boreworxx Construction, LLC* [Dkt. No. 743] which is set for hearing commencing at 10:00 a.m. prevailing Central Time on Wednesday, April 15, 2026 in Courtroom 4 of the Bankruptcy Court, 101 N. 5th Street, Muskogee, Oklahoma 74401. *See Order Granting Trustee′s Emergency Application and Setting Expedited Hearing on Trustee′s First Amended Motion to Substantively Consolidate Boreworxx Construction, LLC* [Dkt. No.

750].[1] The Trustee estimates that direct examination of his witnesses and presentation of his evidence shall take approximately four to six (4-6) hours.

**Witness List**

| # | Witness | Anticipated Subject Matter of Testimony |
|---|---------|------------------------------------------|
| 1 | Mitch Rice, individually and as corporate representative of Commmercial Capital Company | Relationship with Daileys and Dailey entities, loans to Dailey entities, other matters to which Mitch Rice previously testified in his deposition, and support for substantive consolidation of Boreworxx Construction, LLC. |
| 2 | Brian Brockman, individually and as corporate representative of Oxford Financial Services | Relationship with Daileys and Dailey entities, loans to Dailey entities, and support for substantive consolidation of Boreworxx Construction, LLC. |
| 3 | Luke Homen, Chapter 7 Trustee | Investigation of Daileys and Dailey entities and necessity of substantive consolidation of Boreworxx Construction, LLC |
| 4 | Adam Sharaway | Expert testimony concerning forensic accounting services provided to the Trustee |
| 5 | Jeffrey G. Dailey | Representations to and relationships with third parties including creditors, involvement with Boreworxx Construction, LLC, background, tax filings, relationship with Cheri Dailey, transfers made by Boreworxx Construction, LLC and other Dailey entities, postpetition actions of Jeff Dailey, Cheri Dailey and/or Boreworxx Construction, LLC |
| 6 | Cheri Dailey | Representations to and relationships with third parties including creditors, involvement with Boreworxx Construction, LLC, background, tax filings, relationship with Jeffrey G. Dailey, transfers made by Boreworxx Construction, LLC and other Dailey entities, postpetition actions of Jeff Dailey, Cheri Dailey and/or Boreworxx Construction, LLC |

---

[1] The Witness List has been amended from the original [Dkt. No. 886] to reflect that Jesse Giza, a corporate representative of Diversified Towing & Recovery, LLC, will be appearing in person to testify. The Exhibit List set forth herein has been amended to (i) substitute a revised illustrative exhibit setting forth the expert reporting and analysis of Adam Shaarawy, identified as Exhibit No. 143 and (ii) add Exhibits 146 – 158, consisting of below-identified documents produced as corporate records subject to third-party subpoenas served by the Trustee.

2

| | | |
|---|---|---|
| 7 | Clint Rosedale, individually and as corporate representative of Rosedale Farms, LLC* | Interactions with Jeffrey G. Dailey, Cheri Dailey and/or Boreworxx Construction, LLC |
| 8 | Logan Hodges, individually and in his capacity as corporate representative of Diamond H Ranch & Cattle Co. * | Interactions with Jeffrey G. Dailey, Cheri Dailey and/or Boreworxx Construction, LLC, including financial dealings |
| 9 | Any witness listed by any other party-in-interest participating in this contested matter to which the Trustee does not object. | |
| 10 | Any witnesses necessary to authenticate documents, or for impeachment or rebuttal. | |

* denotes out-of-state witness only available telephonically or by videoconference service. An application seeking leave for such witnesses 'remote appearance and testimony shall be filed promptly.

**Exhibit List**

In addition to the exhibits below, the Trustee reserves the right to utilize exhibits not listed herein as (i) illustrative exhibits, including, without limitation, expert reports utilizing information derived from exhibits listed herein, (ii) for impeachment purposes, (iii) for rebuttal, (iv) to refresh any witness's recollection, and (v) for any other reason authorized under the Federal Rules of Evidence.

| Exhibit No. | Document Description | Beginning Bates No. |
|---|---|---|
| 1 | BOC Form | CC_000127 |
| 2 | Internal Email from Mitch Rice re New Deal | CC_000128 |
| 3 | PayNet 07-19-24.pdf | CC_000131 |

3

| | | |
|---|---|---|
| 4 | PayNet 09-25-24.pdf | CC_000137 |
| 5 | Commercial Assignment of Account & Security Agreement between Boreworxx Construction, LLC and Oxford Financial Services, LLC | CC_000165 |
| 6 | Credit Application 08/09/24 | CC_000278 |
| 7 | 09/13/2024 Equipment Finance Agreement for 027589-2515 | CC_000357 |
| 8 | 027589-2410 Modification | CC_000415 |
| 9 | Equipment Finance Agreement 027589-2410 | CC_000424 |
| 10 | 10/11/2024 Invoice for 027589-2410 | CC_000448 |
| 11 | Finance Modification Agreement for 027589-241 dated April 20, 2025 | CC_000467 |
| 12 | Equipment Finance Agreement 027589-241 dated September 13, 2024 | CC_000470 |
| 13 | Agreement 027589-2411 dated 01/14/2025 | CC_000482 |
| 14 | Equipment Finance Agreement dated 01/14/2025 027589-2411 | CC_000499 |
| 15 | Hypothecation VIN 0011 | CC_000511 |
| 16 | Hypothecation Agreement 027589-242 | CC_000515 |
| 17 | 09/13/2024 Hypothecation Agreement for 2022 Montara Boat | CC_000522 |
| 18 | Equipment Finance Agreement dated 09/12/2024 Agreement 027589-242 | CC_000532 |
| 19 | Finance Modification Agreement for 027589-243 | CC_000541 |
| 20 | Hypothecation Agreement 027589-243 | CC_000545 |
| 21 | Hypothecation Agreement 027589-243 | CC_000564 |
| 22 | Hypothecation Agreement 027589-243 | CC_000569 |
| 23 | Hypothecation Agreement for 027589-243 | CC_000575 |
| 24 | Hypothecation Agreement 027589-243 | CC_000602 |
| 25 | Payoffs | CC_000606 |

| | | |
|---|---|---|
| 26 | Agreement 025789-243 | CC_000607 |
| 27 | 027589-244 Schedule A (Revision 1) | CC_000622 |
| 28 | Equipment Finance Agreement dated 09/12/2024 027589-244 | CC_000625 |
| 29 | 027589-245 Modification | CC_000638 |
| 30 | Signed EFA Documents (09-13-24) | CC_000651 |
| 31 | 027589-246 Modification | CC_000659 |
| 32 | Hypothecation VIN H021 | CC_000661 |
| 33 | Signed EFA Documents (09-13-24) | CC_000663 |
| 34 | Hypothecation Agreement for 027589-247 | CC_000672 |
| 35 | Hypothecation Agreement for Agreement 027589-247 | CC_000695 |
| 36 | Signed EFA Documents (09-13-24) | CC_000701 |
| 37 | 027589-248 Modification | CC_000709 |
| 38 | Signed EFA Documents (09-13-24) | CC_000712 |
| 39 | 027589-249 Modification | CC_000718 |
| 40 | Signed EFA Documents (09-13-24) | CC_000721 |
| 41 | Completed Doc Package (04-09-25) | CC_000751 |
| 42 | Signed EFA Documents (03-07-25) | CC_000767 |
| 43 | Equipment Finance Agreement for 027589-2513 | CC_000811 |
| 44 | Signed EFA Documents (03-28-25) | CC_000831 |
| 45 | Equipment Finance Agreement for 027589-2514 | CC_000863 |
| 46 | Equipment Finance Agreement 027589-2514 | CC_000883 |
| 47 | 2021 Financials | CC_003808 |
| 48 | PFS 06-03-22 (Jeffery G. Dailey) | CC_004036 |
| 49 | Lien Entry for 2023 Ford F150 Raptor | CFCU_000013 |
| 50 | 2023-11-01 Loan Contract and Loan Application | CFCU_000018 |
| 51 | Original Contract for Ditch Witch of Oklahoma | DWOK_000001 |

Case 25-80078   Doc 898   Filed 06/09/26   Entered 06/09/26 20:28:10   Desc Main Document   Page 5 of 11

| | | |
|---|---|---|
| 52 | ImageNet Purchase Agreement | ImageNet_000001 |
| 53 | Email from ImageNet | ImageNet_000008 |
| 54 | Boreworxx Construction, LLC Construction Bond beginning 10/15/24 (Jet Insurance Company) | New Mexico IPRA_000001 |
| 55 | New Mexico Status Change Form | New Mexico IPRA_000027 |
| 56 | 2018 Tax Return – E-File Authorization | SC_003547 |
| 57 | 2018 Tax Return | SC_003550 |
| 58 | Tax Return Statement by Dailey Accountant | SC_003727 |
| 59 | 2020 Tax Return Extension | CC_000076 |
| 60 | Avanza Complaint | Avanza_000001 |
| 61 | FHMP Permit_Return Affidavit | ABCWUA_020907 |
| 62 | AZ Contractor Search | AZ_000001 |
| 63 | 2025.09.18 - Az Boreworxx Construction Articles | AZ_000003 |
| 64 | Original Security Agreement to PCB Loan # 836979 | PCB_001251 |
| 65 | Lien Entry Form – 2025 GMC Sierra Denali | PCB_002015 |
| 66 | ACH Debit for 4CCB ***1423 for PCB Loan 888833 | PCB_003487 |
| 67 | ACH Debit for American Nation Bank ***7090 for PCB Loan 888833 | PCB_003489 |
| 68 | Loan Worksheet for PCB Loan 888833 | PCB_003507 |
| 69 | Promissory Note for PCB Loan 888833 | PCB_003510 |
| 70 | Jeffery G. Dailey's Guaranty for PCB Loan 888833 | PCB_003519 |
| 71 | Authorization to Debit External Account for Loan Payment for PCB Loan 888833 | PCB_003522 |
| 72 | HSH Silver Skies Real Estate Contract | SJT_000420 |
| 73 | Offer on the HSH Silver Skies Ranch, LLC NM Property | SJT_000558 |

6

| | | |
|---|---|---|
| 74 | Inbound wire for Buyer's funds for the HSH Silver Skies Ranch, LLC NM Property | SJT_000636 |
| 75 | 2024.09.20 - NM UCC - Commercial Capital | UCC_000001 |
| 76 | UCC//2024.10.11 - Commercial Capital | UCC_000002 |
| 77 | DDA Debits for Boreworxx Construction, LLC's **5976 account for 02/03/2025-11/2025 | 4CCB_001501 |
| 78 | Four Corners Community Bank Statements for HSH Silver Skies Ranch, LLC Account ending 0230 | 4CCB_000036 |
| 79 | Check Images for for HSH Silver Skies Ranch, LLC Account ending 0230 | 4CCB_000085 |
| 80 | Four Corners Community Bank Statements for Boreworxx Construction, LLC Account ending 1423 | 4CCB_000095 |
| 81 | DDA Debits for Boreworxx Construction, LLC | 4CCB_000238 |
| 82 | Four Corners Community Bank Statements for Kynlee Dailey Account ending 5650 | 4CCB_000426 |
| 83 | DDA Debits for for Kynlee Dailey Account ending 5650 | 4CCB_000485 |
| 84 | Check Images for Boreworxx Construction, LLC | 4CCB_000574 |
| 85 | 01.10.2025 Wire from Oxford Financial | 4CCB_000652 |
| 86 | 01.15.2025 Wire from Oxford Financial | 4CCB_000653 |
| 87 | 01.17.2025 Wire from Oxford Financial Services | 4CCB_000661 |
| 88 | 01.17.2025 Wire from Oxford Financial Services | 4CCB_000662 |
| 89 | 01.22.2025 Wire from Oxford Financial Services | 4CCB_000663 |
| 90 | 01.24.2025 Wire from Oxford Financial | 4CCB_000678 |
| 91 | 01.28.2025 Oxford Financial Services Wire | 4CCB_000689 |
| 92 | 02.04.2025 Wire from Oxford Financial Services | 4CCB_000704 |
| 93 | 02.07.2025 Wire from Oxford Services | 4CCB_000712 |
| 94 | 02.12.2025 Wire from Oxford Financial | 4CCB_000728 |
| 95 | 02.24.2025 Wire from Oxford Financial Services | 4CCB_000733 |
| 96 | 02.26.2025 Wire from Oxford Financial Services | 4CCB_000748 |

| | | |
|---|---|---|
| 97 | 03.06.2025 Wire from Oxford Financial Services | 4CCB_000773 |
| 98 | 03.07.2025 Wire from Oxford Financial | 4CCB_000774 |
| 99 | 03.18.2025 Wire from Oxford Financial Services | 4CCB_000783 |
| 100 | 03.26.2025 Wire from Oxford Financial | 4CCB_000791 |
| 101 | 04.09.2025 Wire from Oxford Financial Services | 4CCB_000818 |
| 102 | 04.16.2025 Wire from Oxford Financial | 4CCB_000819 |
| 103 | 04.22.2025 Wire from Oxford Financial Services | 4CCB_000820 |
| 104 | 04.30.2025 Wire from Oxford Financial Services | 4CCB_000829 |
| 105 | 05.02.2025 Wire from Oxford Financial Services | 4CCB_000835 |
| 106 | 05.07.2025 Wire from Oxford Financial | 4CCB_000841 |
| 107 | 05.14.2025 Wire from Oxford Financial | 4CCB_000842 |
| 108 | DDA Debits for HSH Silver Skies Ranch, LLC 0230 Account for 06/2025-10/17/2025 | 4CCB_000904 |
| 109 | DDA Credits for HSH Silver Skies 0230 Account for 08/2024-09/2025 | 4CCB_000911 |
| 110 | HSH Silver Skies Ranch, LLC's 4 Corners Account Statements for August 2024 through 12/31/24 | 4CCB_000921 |
| 111 | "4 Corners account for HSH Silver Skies Ranch, LLC. Acct 0230 01/31/2025 through begin of 11/2025" | 4CCB_000936 |
| 112 | Deposit Sets Account ending in 230 | 4CCB_001001 |
| 113 | 461423-Copy of Debits | 4CCB_001006 |
| 114 | Front & Back of checks issued by Boreworxx Construction **1423 Account for 08/20/2024 to 01/22/2025 | 4CCB_001012 |
| 115 | DDA Credits for Boreworxx Construction, LLC 's **1423 account for 08/02/2024 to 02/03/2025 | 4CCB_001147 |
| 116 | Boreworxx Construction, LLC 4 Corners 1423 Account statements for August 2024 through May 2025 | 4CCB_001154 |
| 117 | Copy of Written Checks | 4CCB_001552 |

Case 25-80078   Doc 898   Filed 06/09/26   Entered 06/09/26 20:28:10   Desc Main
Document     Page 8 of 11

| | | |
|---|---|---|
| 118 | Deposits to Boreworxx Construction, LLC's **5976 Account for 12/2024-11/2025 | 4CCB_001879 |
| 119 | CC 5063 acct ending in 976 | 4CCB_002141 |
| 120 | CC 5064 acct ending in 976 | 4CCB_002142 |
| 121 | CC 5199 acct ending in 976 | 4CCB_002143 |
| 122 | CC 5200 acct ending in 976 | 4CCB_002144 |
| 123 | CC 5266 acct ending in 230 | 4CCB_002145 |
| 124 | CC 5267 acct ending in 976 | 4CCB_002146 |
| 125 | CC 5423 acct ending in 976 | 4CCB_002148 |
| 126 | CC 5424 acct ending in 976 | 4CCB_002149 |
| 127 | CC 5823 acct ending in 976 | 4CCB_002151 |
| 128 | CC 6425 acct ending in 230 | 4CCB_002152 |
| 129 | Affidavit for business records and Declaration of Custodian Records | 4CCB_002205 |
| 130 | DDA Debits for Boreworxx Construction, LLC for 11/03/2025 to 01/10/2026 | 4CCB_002219 |
| 131 | DDA Debits for Boreworxx Construction 's **5976 account for 02/19/2026 to 02/25/2026 | 4CCB_002227 |
| 132 | 4CCB Cashier's check dated 11/19/2025 for $25,000.00 from Boreworxx Construction's 5976 account | 4CCB_002230 |
| 133 | DDA Credits 2025.11.01 to 2026.02.27 | 4CCB_002231 |
| 134 | Misc Debits Set 2025.11.01 to 2026.02.27 & cashiers checks | 4CCB_002248 |
| 135 | Statement account ending in 5976 2025.11.28 | 4CCB_002262 |
| 136 | Statement account ending in 5976 2025.12.31 | 4CCB_002268 |
| 137 | Statement account ending in 5976 2026.01.30 | 4CCB_002274 |
| 138 | Statement account ending in 5976 2026.02.27 | 4CCB_002279 |

Case 25-80078    Doc 898    Filed 06/09/26    Entered 06/09/26 20:28:10    Desc Main
Document    Page 9 of 11

| | | |
|---|---|---|
| 139 | Four Corners Community Bank Affidavit for Business Records | 4CCB_002284 |
| 140 | Four Corners Community Bank Statements for Boreworxx Construction, LLC Account **5976 December 2024 – June 2025, August 2025- October 2025 and Partial November 2025 | 4CCB_001809 |
| 141 | Four Corners Community Bank Statements for Boreworxx Construction, LLC Account **5976 July 2025 | 4CCB_002288 |
| 142 | 09/19/2025 Deposition of Jeffery Dailey | |
| 143 | Dailey Analysis_6.1.2026 | |
| 144 | 05/06/2024 HOA Sworn Statement of Cheri Dailey Marshall County | |
| 145 | 05/06/2024 HOA Sworn Statement of Jeffrey Dailey Marshall County | |
| 146 | Bank of Southwest Account Records – Account **3131 | BankofSouthwest_000001 |
| 147 | Ally Bank Records – Account ** 1761 | AllyBank_000006 |
| 148 | Ally Bank Records – Agreement No. **1774 | AllyBank_000014 |
| 149 | Ally Bank Records – Agreement **2397 | AllyBank_000022 |
| 150 | Ally Bank Records – Agreement **3712 | AllyBank_000029 |
| 151 | Albrecht Ranch Records | |
| 152 | Retail Installment Sale Contract | AllyBank_000001 |
| 153 | Retail Installment Sale Contract | AllyBank_000009 |
| 154 | Retail Installment Sale Contract | AllyBank_000017 |
| 155 | Retail Installment Sale Contract | AllyBank_000025 |
| 156 | Equipment Rental Agreement | VMW_000001 |
| 157 | Equipment Rental Agreement | VMW_000543 |
| 158 | Declaration of Custodian of Records – Albrecht Ranch | |

Dated: June 9, 2026

Respectfully submitted,

**LUKE HOMEN, AS CHAPTER 7 TRUSTEE FOR THE ESTATE OF JEFFREY G. DAILEY, RAGGED EDGE RANCH, LLC, RYKY INVESTMENTS, LLC, BOREWORXX, LLC, BOREWORXX CONSTRUCTION, LLC, and TYCOON MOTORSPORTS, LLC**

*/s/Craig M. Regens*
William H. Hoch, OBA #15788
Craig M. Regens, OBA #22894
Wilson D. McGarry, OBA #31146
Kaleigh Ewing, OBA #35598
-Of the Firm-
CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK  73102-8273
(405) 235-7700
will.hoch@crowedunlevy.com
craig.regens@crowedunlevy.com
wilson.mcgarry@crowedunlevy.com
kaleigh.ewing@crowedunlevy.com

*Counsel to the Trustee*

Case 25-80078   Doc 898   Filed 06/09/26   Entered 06/09/26 20:28:10   Desc Main
Document      Page 11 of 11